**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ELIJAH L. HAWTHORNE** **CIVIL ACTION**

**VERSUS**

**XAVIUS BENSON, ET AL.** **NO. 26-00767-BAJ-RLB**

**RULING AND ORDER**

The Magistrate Judge issued a **Report and Recommendation (Doc. 12, the "Report")** recommending that the Court dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 12 at 7). The Report further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims. (*Id.*). There are no objections to the Report.

After considering Plaintiff's Complaint (Doc. 1), Plaintiff's Amended Complaint (Doc. 10), the Report (Doc. 12), and the entirety of the record, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court shall decline to exercise supplemental jurisdiction over any potential state law claims.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 9th day of November, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**